**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JOSHUA F. COTTON,<br><br>    Plaintiff,<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>    Defendant. | CV-17-125-GF-BMM<br><br>**ORDER** |

  Plaintiff has moved for an order allowing Jeffrey R. Dingwall (Mr. Dingwall) to appear *pro hac vice* in this case with Michael P. Sand, Esq., designated as local counsel. (Doc. 6)  The application of Mr. Dingwall appears to be in compliance with L.R. 83.1(d).

  IT IS ORDERED:

  Plaintiff's motion to allow Mr. Dingwall to appear on his behalf (Doc. 6) is GRANTED, subject to the following conditions:

  1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

  2. Mr. Dingwall may act as co-lead counsel;

3. Mr. Dingwall must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Dingwall.

IT IS FURTHER ORDERED:

Mr. Dingwall shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 7th day of December, 2017.

_____
Brian Morris
United States District Court Judge