IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| JOSHUA F. COTTON<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>Defendant. | CASE NO. 4:17-cv-00125-BMM<br><br>**ORDER GRANTING JOINT MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE VIA TELEPHONE**<br>JUDGE: Hon. Brian M. Morris |

This matter came before the Court on the parties' Joint Motion to Attend the Preliminary Pretrial Conference via Telephone.

It is ORDERED that the parties may telephonically attend the preliminary pretrial conference currently scheduled for May 3, 2018 at 11:00 a.m. in the Great Falls Division. The Court will contact the parties with the call in number.

DATED this 17th day of April, 2018.

_____
Brian Morris
United States District Court Judge