UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOSHUA F COTTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>　　　　　　Defendant. | Case No. CV-17-125-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X**　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED:

　　In accordance with the Special Verdict Form rendered on June 26, 2019, Document Number 85, Judgment is entered as follows: Question 1: Was Defendant negligent in causing injury to Plaintiff? NO.

　　Dated this 27th day of June, 2019.

　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　By: /s/ S. Redding
　　　　　　　　　　　　S. Redding, Deputy Clerk